UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| ANDRE PIERRE LOUIS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:11-CV-1088 (JCH) |
| | : | |
| v. | : | |
| | : | |
| EQUAL EMPLOYMENT | : | OCTOBER 26, 2011 |
| OPPORTUNITY COMMISSION, | : | |
| ROBERT L. SANDERS and CARLTON | : | |
| M. HADDEN | : | |
| Defendant. | : | |
| | : | |

**RULING RE: PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. No. 16)**

Plaintiff's Motion for Reconsideration (Doc. No. 201) is denied under the well-established standard for reconsideration. As a motion to reconsider, it fails because his Motion does not establish 1) an intervening change in controlling law; 2) the availability of newly discovered evidence; or 3) the need to correct clear error or prevent manifest injustice. Local Rules of Civ. P. 7(c); <u>Virgin Atl. Airways , Ltd. v. Nat'l Mediation Bd.</u>, 956 F.2d 1245, 1255 (2d Cir. 1992).

Accordingly, the court denies plaintiff's Motion for Reconsideration (Doc. No. 16).
**SO ORDERED.**

Dated at Bridgeport, Connecticut this 26th day of October, 2011.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge

1